*Andrew S. Liskov*, special public defender, in support of the petition.

*Leonard C. Boyle*, deputy chief state's attorney, in opposition.

Decided March 25, 2010

STATE OF CONNECTICUT *v.* CHANDRA BOZELKO

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 483 (AC 29549), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Alice Osedach*, assistant public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided March 25, 2010

DEBRA TOMLINSON *v.* JOHN A. TOMLINSON

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 194 (AC 29735), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the trial court's modification of child support on the ground that the parties' judgment of dissolution incorporated a separation agreement provision stating that the unallocated alimony and child support payments were nonmodifiable?"